UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J.DUGGAN
CIVIL NO. 09-12054

TIMOTHY PAUL BENNETT,
        Petitioner,

-v-

MICHAEL W. CURLEY,
        Respondent,
                                      /

## ORDER SETTING ASIDE ORDER TO SHOW CAUSE

This Court having entered an Order to Show Cause and counsel for petitioner having satisfied such order ; therefore

IT IS HEREBY ORDERED that the Court's Order to Show Cause dated June 17, 2009 is hereby SET ASIDE.

s/PATRICK J.DUGGAN
UNITED STATES DISTRICT JUDGE

DATED: June 23, 2009

TO:
Sanford Schulman

Timothy Bennett, #618833
Ojibway Correctional Facility
N. 5705 Ojibway Road
Marenisco, MI 49947-9771